THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
California State Bar 162029
    333 Market Street, Suite 1500
    San Francisco, California  94105
    Tel:  (415) 977-8927
    Fax:  (415) 744-0134
    Email:  Katherine.Loo@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GLADYS P. HANCOCK,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  CV-08-05502-RC<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand. Pursuant to sentence 4, 42 USC 405(g).

DATED: _February 2, 2009_

                ____/S/ Rosalyn M. Chapman_____
                UNITED STATES MAGISTRATE JUDGE